RECUP?4FEB20AM0919MDGA-MAC

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | INFORMATION |
| | : | |
| v. | : | CRIMINAL NO. 5:24-CR-_____ |
| | : | |
| NIGAR SCOTT | : | VIOLATION: 18 U.S.C. § 656 |
| _____ | : | 18 U.S.C. § 982(a)(2)(A) |

### THE UNITED STATES ATTORNEY CHARGES:

### GENERAL INTRODUCTION

At all times material to this Information:

1. Truist Bank, formerly known as SunTrust Bank, (hereinafter "Truist") was an insured bank, the deposits of which were insured by the Federal Deposit Insurance Corporation, with locations throughout the Middle District of Georgia, including branches in Macon, Georgia.

2. **NIGAR SCOTT** was an officer and employee of Truist, working at a Macon, Georgia location as a Branch Leader. In this capacity **NIGAR SCOTT** had the ability to access customer's accounts and generate official checks.

### COUNT ONE
### (Embezzlement by a Bank Employee)

The allegations contained in the General Introduction of this Information are incorporated by reference as if set forth fully herein.

That on or about July 21, 2021, in the Macon Division of the Middle District of Georgia, the defendant,

### NIGAR SCOTT,

with intent to injure and defraud Truist, willfully embezzled $89,000.00 of the moneys and funds intrusted to the care and custody of Truist, in that the Defendant used her position as Branch Leader

to issue official check number 5302501657 using $89,000.00 from the customer account belonging to A.P. without permission from A.P., said check being made out to "Cash" and deposited into a bank account owned by **NIGAR SCOTT**; all in violation of Title 18, United States Code, Section 656.

## FORFEITURE NOTICE
### (18 U.S.C. § 982(a)(2)(A) – Criminal Forfeiture)

1.      The allegation contained in Count One of this Information is hereby re-alleged and incorporated by reference into this Notice for the purpose of alleging forfeiture to the United States of America, pursuant to the provisions of Title 18, United States Code, Section 982(a)(2)(A).

2.      Upon conviction of the offense(s) in violation of Title 18, United States Code, Section 656 set forth in Count One of this Information, the Defendant,

### NIGAR SCOTT,

shall forfeit to the United States of America pursuant to Title 18, United States Code, Section 982(a)(2)(A), any property constituting, or derived from, proceeds obtained directly or indirectly, as the result of such violation, including, but not limited to a personal money judgment, in an amount to be determined.

3.      If any of the property subject to forfeiture, as a result of any act or omission of the defendant(s):

(a)      cannot be located upon exercise of due diligence;

(b)      has been transferred, sold to or deposited with, a third person;

(c)      has been placed beyond the jurisdiction of the court;

(d)      has been substantially diminished in value; or

(e)      has been commingled with other property which cannot be subdivided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title

21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section

2461(c) through Title 18, United States Code, Section 982(b)(1).

      All pursuant to 18 U.S.C. § 982(a)(2)(A).


                   PETER D. LEARY
                   UNITED STATES ATTORNEY


By: _____
                   ELIZABETH S. HOWARD
                   ASSISTANT UNITED STATES ATTORNEY